PETER DiSCALA ET AL. *v.* DATAHR REHABILITATION
INSTITUTE
(13850)

O'CONNELL, LANDAU and SCHALLER, Js.

Submitted on briefs April 21—decision released May 23, 1995

*Peter N. Buzaid* filed a brief for the appellants (plaintiffs).

*Christopher G. Winans* filed a brief for the appellee (defendant).

PER CURIAM. The judgment is affirmed.